STATE OF NEW JERSEY v. PABLO LOPEZ MENDOZA.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. SAVERIO CRUZ.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ZEBEDEE STEPHENS.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HARRIS.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. UMILIE J. ANGELICO.

January 18, 1973. Petition for certification dismissed.

STATE OF NEW JERSEY v. CURTIS SWEENEY.

January 18, 1973. Petition for certification dismissed.